UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON B. DALE,

    Petitioner,

v.        Case No. 08-cv-424-JPG

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Jason B. Dale's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Jason B. Dale.

**DATED: July 28, 2010**      NANCY J. ROSENSTENGEL, Clerk of Court

    By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**